People of the State of Illinois, Appellee, v. Collins C. Walton, Appellant.

Gen. No. 50,135. 

First District, Second Division.

May 4, 1965.

Donald M. Rose, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.